PHILLIP. A. TALBERT
United States Attorney
MATHEW W. PILE SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CA SBN 216963
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER WEAVER,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-01216-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security ("Commissioner") has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this October 5, 2022.

Stip. to Remand; 2:22-cv-01216-JDP

| | | |
|---|---|---|
| DATED: October 5, 2022 | | /s/ *Kyle Kitson\** <br> (*as authorized via e-mail on October 5, 2022) <br> KYLE KITSON <br> Attorney for Plaintiff |
| DATED: October 5, 2022 | | PHILLIP. A. TALBERT <br> United States Attorney <br> MATHEW W. PILE <br> Associate General Counsel <br> Office of Program Litigation, Office 7 <br> Social Security Administration |
| | By: | /s/ *Mary Tsai* <br> MARY TSAI <br> Special Assistant U.S. Attorney <br> Attorneys for Defendant |

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Clerk of Court is directed to enter judgment in plaintiff's favor.

IT IS SO ORDERED.

Dated:   October 5, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE